| | |
|---|---|
| Name | Sarah Weimer |
| Bar # | 030498 |
| Firm | Arizona Center for Disability Law |
| Address | 177 North Church Avenue |
| | Suite 800 |
| | Tucson, AZ 85701 |
| Telephone | (520) 327-9547 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Laura Roberts

    Plaintiff,

vs.

Starbucks Coffee Company

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

    This Corporate Disclosure Statement is filed on behalf of Plaintiff, Laura Roberts in compliance with the provisions of: *(check one)*

☐ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[✔] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this <u>14th</u> day of <u>October</u>, <u>2015</u>.

<u>Sarah Weimer</u>
Counsel of Record

Certificate of Service:

- 2 -